```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PRINCIPAL LIFE INSURANCE CO.    :    CIVIL ACTION
                                :
        v.                      :
                                :
MARTIN W. MINDER                :    NO. 08-5899

ORDER

AND NOW this 1st day of July, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Principal Life Insurance Co. to dismiss the counterclaim of defendant Martin Minder is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III        C.J.